UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re: | Chapter 13 |
| Peter G. Benedictus | Case No.: 17-11556 |
|     Debtor | |

## **STIPULATION**

      This matter having come before the Court on the motion of The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2005-C (together with its predecessors, successors, affiliates, principals, and assigns "Creditor") for relief from stay with respect to that property located at 17 Princeton Street, Somerville, MA 02144 and, pursuant to agreement of Creditor and Peter G. Benedictus ("Debtor"), it is agreed as follows:

      1)   The post-petition arrearage in the within matter is $11,397.12 comprising the May 25, 2017 through April 25, 2018 payments of $949.76 each.

      2)   Debtor agrees to make the following payments to Creditor:

        a)  Payment of $1,899.52 on or before May 31, 2018;
        b)  Payment of $1,899.52 on or before June 1, 2018;
        c)  Payment of $1,899.52 on or before July 1, 2018;
        d)  Payment of $1,899.52 on or before August 1, 2018;
        e)  Payment of $1,899.52 on or before September 1, 2018; and
        f)  Payment of $1,899.52 on or before October 1, 2018;

      3)   Beginning with the payment due May 25, 2018 in the amount of $949.76 Debtor shall continue to make the regular monthly mortgage payment pursuant to the terms of the Note and Mortgage. All payments pursuant to this stipulation shall be made at the address below:

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

      4)   If Creditor does not receive one or more of the payments as set forth in Paragraph 2 and/or payments as set forth in Paragraph 3 for a period of six (6) months beginning with the May 25, 2018 payment or if the case converts to an action under Chapter 7 of Title 11 then Creditor shall be entitled to file a Certificate of Noncompliance with this Court on the tenth (10th) day following the mailing of a Notice of Default to (1) Debtor and (2) Debtor's Attorney.  **UPON THE FILING OF THE CERTIFICATE OF NONCOMPLIANCE, AND AFTER NOTICE AND AN OPPORTUNITY FOR HEARING, CREDITOR'S MOTION FOR RELIEF FROM**

**THE AUTOMATIC STAY MAY BE GRANTED PURSUANT TO 11 U.S.C. §362(d) FOR CAUSE FOR FAILURE TO MAKE POST-PETITION PAYMENTS.**

    5)  This agreement shall be null and void in the event the within matter is dismissed.

| Creditor, | Debtor |
|---|---|
| by its Attorney | by his Attorney |
| /s/ Joseph M. Dolben | /s/ Richard D. Smeloff |
| Joseph M. Dolben, Esq. BBO# 673113 | Richard D. Smeloff |
| Marinosci Law Group, P.C. | Smeloff & Associates |
| 275 West Natick Road, Suite 500 | 500 Granite Avenue |
| Warwick, RI 02886 | Suites 7 & 8 |
| (401) 234-9200 | Milton, MA 02186 |
| Email: jdolben@mlg-defaultlaw.com | 617-690-2124 |
| | Fax : 617-690-2506 |
| | Email: RSmeloff@msn.com |
| Dated: May 29, 2018 | Dated: May 29, 2018 |